1  Alan S. Gutman, SBN 128514
   Matthew E. Hess, SBN 214732
2  LAW OFFICES OF ALAN S. GUTMAN
   9401 Wilshire Boulevard, Suite 575
3  Beverly Hills, CA 90212-2918
   Telephone: 310-385-0700
4  Facsimile: 310-385-0710
         email: alangutman@gutmanlaw.com
5        email: mhess@gutmanlaw.com

6  Attorneys for Plaintiffs GLOBUS MUSIC, INC., YOAV GOREN,
7  JEFFREY FAYMAN, IMPERATIVA and FAYMAN FORTUNA

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  GLOBUS MUSIC, INC., YOAV           Case Number  ‾CV08‐0020
    GOREN, JEFFREY FAYMAN,
12  IMPERATIVA and FAYMAN              COMPLAINT FOR DAMAGES
    FORTUNA,                          AND INJUNCTIVE RELIEF FOR
13                                     COPYRIGHT INFRINGEMENT
14       Plaintiffs,                   DEMAND FOR JURY TRIAL
15  vs.

16  MILLENNIUM FILMS, INC., NU
    IMAGE, INC.,
17
         Defendants.
18

19       Plaintiffs allege as follows:

20                          **JURISDICTION**

21       1.    This is a copyright infringement action.  This Court has subject

22  matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.  Plaintiffs seeks

23  injunctive relief, actual damages (or statutory damages at Plaintiffs' election

24  pursuant to 17 U.S.C. § 504(c)(1)), costs and attorney's fees, for the willful

25  infringement of the musical composition and sound recording "Preliator."

26                             **VENUE**

27       2.    Venue in this judicial district is proper under 28 U.S.C. § 1400(a)

28  as both Defendants may be found in this district and Plaintiffs' principal place

1    of business is in this district.

2    **THE PARTIES**

3        3.    Plaintiff Globus Music, Inc. ("Globus") is a California corporation

4    with its principal place of business in the County of Los Angeles, State of

5    California, and is the owner of the copyright to the sound recording that is the

6    subject of this lawsuit which has been infringed by the Defendants herein.

7        4.    Plaintiff Yoav Goren ("Goren") is an individual residing in the

8    County of Los Angeles, State of California, and is one of the co-writers and

9    a co-owner of the copyright to the musical composition that is the subject of

10   this lawsuit which has been infringed by the Defendants herein.

11       5.    Plaintiff Jeffrey Fayman ("Fayman") is an individual residing in the

12   County of Los Angeles, State of California, and is one of the co-writers and

13   a co-owner of the copyright to the musical composition that is the subject of

14   this lawsuit which has been infringed by the Defendants herein.

15       6.    Plaintiff Imperativa is one of the publishing designees with an

16   interest in the musical composition that is the subject of this lawsuit which has

17   been infringed by the Defendants herein.

18       7.    Plaintiff Fayman Fortuna is one of the publishing designees with

19   an interest in the musical composition that is the subject of this lawsuit which

20   has been infringed by the Defendants herein.

21       8.    Plaintiff is informed and believes and on that basis alleges that

22   Defendant Millennium Films, Inc. ("Millennium") is a Delaware corporation with

23   its principal place of business in the County of Los Angeles, State of

24   California.

25       9.    Plaintiff is informed and believes and on that basis alleges that

26   Defendant Nu Image, Inc. ("Nu Image") is a California corporation with its

27   principal place of business in the County of Los Angeles, State of California.

28   //

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT**

**BY PLAINTIFF GLOBUS**

**AGAINST ALL DEFENDANTS**

10.    Plaintiffs reallege and incorporate by reference all allegations contained in paragraphs 1 through 9 as though said allegations were set forth in their entirety herein.

11.    Plaintiff Globus is the owner of the copyright in and to the sound recording entitled "Preliator" from the commercial CD "Epicon" by the artist Globus.

12.    Sometime within the past three years, Defendants and each of them used the sound recording of "Preliator" without authorization in a trailer for the motion picture "Hero Wanted" and featured that trailer on their website for some undetermined period of time. Plaintiff is informed and believes and thereon alleges that said Defendants also used the sound recording at issue herein in other forum other than their website in attempting to garner interest and sales of their motion picture.

13.    Plaintiff Globus has duly complied with all required provisions of the copyright laws of the United States applicable to the sound recording, including but not limited to, duly registering and receiving a copyright in and to the sound recording with the United States Copyright Office.

14.    Defendants infringed Plaintiffs' copyright in the sound recording by using the sound recording without authorization.

15.    In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiff's rights.

16.    Based upon the Defendants' willful infringement, Plaintiff is entitled to actual damages (or may hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees and costs.

1    17.    The amount of actual damages shall be proven at the time of trial.

2    18.    Additionally, Defendants have caused and continue to cause great

3   injury to Plaintiff, which damage cannot be accurately computed, and unless

4   this Court restrains these Defendants from further infringements, Plaintiff will

5   suffer irreparable injury, for which there is no adequate remedy at law.

6                          **SECOND CLAIM FOR RELIEF**

7                          **COPYRIGHT INFRINGEMENT**

8                                **BY PLAINTIFFS**

9       **GOREN, FAYMAN, IMPERATIVA and FAYMAN FORTUNA**

10                          **AGAINST ALL DEFENDANTS**

11   19.    Plaintiffs reallege and incorporate by reference all allegations

12   contained in paragraphs 1 through 9 as though said allegations were set forth

13   in their entirety herein.

14   20.    Plaintiffs Goren, Fayman, Imperativa and Fayman Fortuna are the

15   owners of the copyright in and to the musical composition entitled "Preliator"

16   from the commercial CD "Epicon" by the artist Globus.

17   21.    Sometime within the past three years, Defendants and each of

18   them used the musical composition "Preliator" without authorization in a trailer

19   for the motion picture "Hero Wanted" and featured that trailer on their website

20   for some undetermined period of time. Plaintiff is informed and believes and

21   thereon alleges that said Defendants also used the musical composition at

22   issue herein in other forum other than their website in attempting to garner

23   interest and sales of their motion picture.

24   22.    Plaintiffs have duly complied with all required provisions of the

25   copyright laws of the United States applicable to the musical composition,

26   including but not limited to, duly registering and receiving a copyright in and

27   to the musical composition with the United States Copyright Office.

28   23.    Defendants infringed Plaintiffs' copyright in the musical

composition by using the musical composition without authorization.

24.   In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights.

25.   Based upon the Defendants' willful infringement, Plaintiffs are entitled to actual damages (or may hereafter elect statutory damages). Plaintiffs are also entitled to an award of attorney's fees and costs.

26.   The amount of actual damages shall be proven at the time of trial.

27.   Additionally, Defendants have caused and continue to cause great injury to Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains these Defendants from further infringements, Plaintiffs will suffer irreparable injury, for which there is no adequate remedy at law.

WHEREFORE, Plaintiffs pray as follows:

1.   That Defendants and all persons acting under the direction, control, permission or authority of said Defendants be permanently enjoined and restrained from using the copyrighted sound recording and musical composition and from causing or permitting said copyrighted musical composition and sound recording to be sold, distributed, broadcast or disseminated in connection with any broadcast or other means of dissemination used by Defendants.

2.   That Defendants be ordered to pay Plaintiffs' actual damages in an amount to be proven at the time of trial. Alternatively, in the event such an election is made by Plaintiffs, that said Defendants be ordered to pay statutory damages as specified in 17 U.S.C. § 504(c)(1) for willful infringement. Plaintiffs reserve the right to elect between statutory and actual damages as such election is permitted under 17 U.S.C. § 504.

3.   That Defendants be ordered to pay the Plaintiffs' costs and attorney's fees.

1        4.    For such other and further relief as this Court may deem just and

2    proper.

3    Dated: January **10** 2008      LAW OFFICES OF ALAN S. GUTMAN

4

5                                    By: _____

6                                    Alan S. Gutman
                                      Attorneys for Plaintiffs GLOBUS MUSIC,

7                                    INC., YOAV GOREN, JEFFREY
                                      FAYMAN, IMPERATIVA and FAYMAN

8                                    FORTUNA

9

10

11                            **DEMAND FOR JURY TRIAL**

12        Plaintiffs hereby demand trial by jury.

13    Dated: January **10** 2008      LAW OFFICES OF ALAN S. GUTMAN

14

15                                      By: _____

16                                      Alan S. Gutman
                                      Attorneys for Plaintiffs GLOBUS MUSIC,

17                                    INC., YOAV GOREN, JEFFREY
                                      FAYMAN, IMPERATIVA and FAYMAN

18                                    FORTUNA

19

20

21

22

23

24

25

26

27

28

Alan S. Gutman, SBN 128514
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Blvd., Ste. 575
Beverly Hills, CA 90212-2918
Tel: 310-385-0700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBUS MUSIC, INC., YOAV GOREN, JEFFREY FAYMAN,IMPERATIVA an FAYMANFORTUNA<br><br>PLAINTIFF(S)<br><br>v.<br><br>MILLENNIUM FILMS, INC., NU IMAGE, INC.<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV08-00205 JFW (SSx)**<br><br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):  <u>MILLENNIUM FILMS, INC., NU IMAGE</u>, INC.

A lawsuit has been filed against you.

Within   <u>20</u>   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  <u>Alan S. Gutman</u> _____ , whose address is <u>9401 Wilshire Blvd., Ste. 575, Beverly Hills, CA 90212-2918</u> _____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   JAN 11 2008  _____

**LA'REE HORN**

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV08- 205 JFW (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| GLOBUS MUSIC, INC., YOAV GOREN, JEFFREY FAYMAN, IMPERATIVA and FAYMAN FORTUNA | MILLENNIUM FILMS, INC., NU IMAGE, INC. |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> LOS ANGELES | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): <br> LOS ANGELES |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Alan S. Gutman, SBN 128514 TEL: 310-385-0700 <br> Matthew E. Hess, SBN 214732 <br> LAW OFFICES OF ALAN S. GUTMAN <br> 9401 Wilshire Boulevard, Suite 575 <br> Beverly Hills, CA 90212-2918 | Attorneys (If Known) <br> UNKNOWN |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ PER 17 USC 504(c)

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

17 USC 101 et seq: Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (07/05)         CIVIL COVER SHEET         Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

LOS ANGELES

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).

☐ Check here if the U.S. government, its agencies or employees is a named defendant.

LOS ANGELES

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)

Note: In land condemnation cases, use the location of the tract of land involved.

LOS ANGELES

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ ALAN S GUTMAN     Date   JANUARY 10, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |