1 | Charles M. Coate, Esq. (State Bar Number 140404)
2 | Darius Anthony Vosylius, Esq. (State Bar Number 175030)
COSTA ABRAMS & COATE LLP
3 | 1221 Second Street, Third Floor
Santa Monica, CA 90401
4 | Phone: (310) 576-6161
Fax:    (310) 576-6160     JS-6
5 | Email: cm.coate@verizon.net

6 | Attorneys for Defendants and Counterclaimants,
MILLENNIUM FILMS, INC. and
7 | NU IMAGE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBUS MUSIC, INC., YOAV GOREN, JEFFREY FAYMAN, IMPERATIVA and FAYMAN FORTUNA,<br><br>    Plaintiffs,<br>vs.<br><br>MILLENNIUM FILMS, INC., NU IMAGE, INC.<br><br>    Defendants. | Case No.: CV 08-00205 JFW (SSx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)]** |
| MILLENNIUM FILMS, INC., NU IMAGE, INC.<br><br>    Counterclaimants,<br>vs.<br><br>GLOBUS MUSIC, INC., IMPERATIVA and FAYMAN FORTUNA,<br><br>    Counter Defendants. | |

1

1
2
3
4
5   IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-entitled action, including all claims and counter-claims asserted therein, is hereby **dismissed with prejudice** pursuant to Federal Rule of Civil Procedure 41(a), each party bearing his or its own attorneys' fees and costs.

6
7
8                         **IT IS SO ORDERED.**
9
10
11  Dated: October 29, 2008          _____
12                                    HONORABLE JOHN F. WALTER
                                      United States District Court
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. On October 22, 2008, I served the foregoing documents described as **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

Alan S. Gutman, Esq.
9401 Wilshire Boulevard, # 575
Beverly Hills, California 90212
alangutman@gutmanlaw.com

[X]   **(BY MAIL)** I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   (**BY EMAIL)** I caused such document to be transmitted via email to the offices of the addressee(s) above

[ ]   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the addressee listed above.

[ ]   **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand to the offices of the addressee(s).

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 22, 2008, at Santa Monica, California.

_____
Brendan O'Malley